DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN D. MARSHALL,**
Appellant,

v.

**HENRY THOMAS,** et al.,
Appellees.

No. 4D2023-2701

[February 21, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE22-5504.

John D. Marshall, Lighthouse Point, pro se.

No brief filed for appellees.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

CONNER, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***